**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEFFREY C. BOWENS** | **Criminal No. 02-796** |

**ORDER**

**AND NOW**, this 12th day of November, 2026, upon consideration of Defendant's Motion to Expunge Record of Federal Misdemeanor Conviction (ECF No. 20) and the Government's Response, it is hereby **ORDERED** that the motion is **DENIED** for the reasons stated in the accompanying memorandum.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge